ANDREW S. TULUMELLO, SBN 196484
atulumello@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC  11101
Telephone: 202.955.8500
Facsimile:  202.467.0539

Attorney for QUAKER OATS COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DANIELLE S. COOPER, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE QUAKER OATS COMPANY,<br><br>Defendant. | CASE NO. 3:16-cv-02364<br><br>[~~PROPOSED~~] ORDER TRANSFERRING ACTION TO THE TO THE NORTHERN DISTRICT OF ILLINOIS |

Plaintiff and Defendant have stipulated and agreed that the action should be transferred pursuant to 28 U.S.C. § 1404(a) to the United States District Court for the Northern District of Illinois for coordination with two similar actions captioned:  *Gibson v. The Quaker Oats Company*, No. 1:16-cv-04853 (N.D. Ill.) and *Wheeler v. The Quaker Oats Company*, No. 1:16-cv-05776 (N.D. Ill.), currently proceeding before Judge Charles R. Norgle, Sr.

All cases allege that certain "100% Natural Whole Grain" labeling for certain Quaker Oat products is misleading due to the alleged presence of trace amounts of glyphosate.

Coordination of this action with the *Gibson* and *Wheeler* actions will likely avoid inconsistent legal and factual rulings and conserve the courts' and the parties' resources.

Transfer of the action to the Northern District of Illinois is therefore appropriate under 28 U.S.C. § 1404(a).

1   IT IS HEREBY ORDERED THAT:  (1) this action is transferred to the Northern District of Illinois;
2   and (2) Defendant's responsive pleading deadline is deferred pending entry of a scheduling order by
3   the Northern District of Illinois in the action.

4   Dated:  July 12, 2016.

       _____
              The Hon. William Alsup
          UNITED STATES DISTRICT JUDGE